```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                 JACKSON DIVISION
```

SANDRA RHODEN                                           PLAINTIFF

VS.                           CIVIL ACTION NO. 3:08CV473TSL-JCS

UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER                                          DEFENDANT

## JUDGMENT

In accordance with the memorandum opinion and order entered this date, it is ordered and adjudged that this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 15th day of September 2009.


                                /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE